IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILLIAM WINGO § | |
| INDIVIDUALLY AND ON BEHALF OF § | |
| OTHERS SIMILARLY SITUATED § | |
| § | CASE NO. 2:18-cv-141-JRG |
| V. § | |
| § | |
| MARTIN TRANSPORT, INC. § | |

### SUPPLEMENTAL MEDIATOR'S REPORT

After Mediation was conducted on October 10, 2019, continuing discussions and negotiations have resulted in settlement of all claims.

### CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on November 25, 2019.

*/s/ William Cornelius*

WILLIAM CORNELIUS, MEDIATOR